| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Celsius Holdings Inc | Court File Number |
| Plaintiff, | 0:25-cv-01035-NEB-DTS |
| v. | |
| Eniva USA Inc | |
| Defendant, | Affidavit of Service |

State of Minnesota      )
                        )
County of Hennepin      )

I, Timothy B. Clemens, state that on Friday, March 21, 2025 at 11:08 AM I served the Summons; Complaint For Declaratory Judgment; Exhibits; Civil Cover Sheet; and Attachment To Civil Cover Sheet upon Eniva USA, Inc., therein named, personally at 2700 Campus Drive, Plymouth, MN 55441, by handing to and leaving with Mary Veloske, Executive Vice President of said Eniva USA, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 3/21/2025

Timothy B. Clemens, Process Server

*2727139 - 1*

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 56010-0001LL1                    -1-

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Celsius Holdings, Inc.,

                  *Plaintiff,*

v.                                  Case No. 0:25−cv−01035−NEB−DTS

Eniva USA, Inc.,

                  *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Eniva USA, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Madison Murhammer Colon
           60 South 6th St
           Suite 3200
           Minneapolis, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                 By:   */s/ M. Fogarty*

                                                               Kate M. Fogarty, Clerk of Court

Date of Issuance:  March 20, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−01035−NEB−DTS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____    _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: